United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 24-00079-MJC
Michael Joseph Pipitone     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 12, 2024     Form ID: ntcnfhrg     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Joseph Pipitone, 3018 Briarwood Drive, Tobyhanna, PA 18466-3022 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5593809 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5589351 | + | CFC Medical, LLC, PO Box 3209, Sherman, TX 75091-3209 |
| 5589357 | + | OpenSky Capital Bank, NA, One Church Street, Rockville, MD 20850-4158 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5589350 | | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Feb 12 2024 18:38:00 | A Pocono Country Place POA, 112 Recreation Drive, Tobyhanna, PA 18466 |
| 5589352 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 12 2024 18:38:00 | Credit Acceptance Corporation, 25505 W 12 Mile Road, Southfield, MI 48034 |
| 5589353 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 12 2024 18:38:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 5589354 | ^ | MEBN | Feb 12 2024 18:36:31 | Geisinger, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5589355 | ^ | MEBN | Feb 12 2024 18:36:05 | KML Law Group, PC, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5589356 | + | Email/Text: bnc-capio@quantum3group.com | Feb 12 2024 18:38:00 | Mitchell D Bluhm & Assoc. LLC, 1313 N Travis Street, Suite 103, Sherman, TX 75092-5165 |
| 5589359 | ^ | MEBN | Feb 12 2024 18:36:37 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5590736 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5589358 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2024 18:54:11 | PennyMac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 5594000 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2024 18:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5589360 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 18:54:06 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 14, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Michael Joseph Pipitone zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Joseph Pipitone,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00079−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 12, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2024 |

ntcnfhrg (08/21)