In re:                                                          Case No. 24-00079-MJC

Michael Joseph Pipitone                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2

Date Rcvd: Jun 12, 2026            Form ID: ordsmiss            Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michael Joseph Pipitone, 3018 Briarwood Drive, Tobyhanna, PA 18466-3022 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5593809 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5589351 | + | CFC Medical, LLC, PO Box 3209, Sherman, TX 75091-3209 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 12 2026 18:40:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5589350 | | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Jun 12 2026 18:40:00 | A Pocono Country Place POA, 112 Recreation Drive, Tobyhanna, PA 18466 |
| 5589352 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 12 2026 18:40:00 | Credit Acceptance Corporation, 25505 W 12 Mile Road, Southfield, MI 48034 |
| 5589353 | + | EDI: CCS.COM | Jun 12 2026 22:39:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 5589354 | ^ | MEBN | Jun 12 2026 18:38:31 | Geisinger, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5597684 | | EDI: JEFFERSONCAP.COM | Jun 12 2026 22:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 5589355 | ^ | MEBN | Jun 12 2026 18:38:26 | KML Law Group, PC, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 5589356 | + | EDI: CAPIO.COM | Jun 12 2026 22:39:00 | Mitchell D Bluhm & Assoc. LLC, 1313 N Travis Street, Suite 103, Sherman, TX 75092-5165 |
| 5589357 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 18:47:15 | OpenSky Capital Bank, NA, One Church Street, Rockville, MD 20850-4158 |
| 5589359 | ^ | MEBN | Jun 12 2026 18:38:34 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5590736 | + | EDI: PENNDEPTREV | Jun 12 2026 22:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5589358 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2026 18:59:27 | PennyMac Loan Services, LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 5598391 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2026 18:59:46 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5596830 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 18:47:24 | Pinnacle Credit Services, LLC, Resurgent Capital |

| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 5594000 | EDI: Q3G.COM | | | |
| | | | Jun 12 2026 22:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5589360 | EDI: SYNC | | | |
| | | | Jun 12 2026 22:39:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J Eric Kishbaugh | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jkishbaugh@udren.com, vbarber@udren.com |
| J. Zac Christman | |
| | on behalf of Debtor 1 Michael Joseph Pipitone zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | |
| | ecf@pamd13trustee.com |
| Matthew K. Fissel | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Nicholas Charles Haros | |
| | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

               Chapter 13

Michael Joseph Pipitone               Case number 5:24–bk–00079–MJC

        **Debtor 1**

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  June 12, 2026

ordsmiss (05/18)